UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DANIEL BLATTNER,

    Plaintiff,

v.                                                                                    Case No: 8:20-cv-2733-MSS-MRM

COMMUNITY ACTION STOPS
ABUSE, INC.,

    Defendant.

_____

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Parties' Joint Stipulation for Dismissal with Prejudice, (Dkt. 50), and pursuant to FED. R. CIV. P. 41, it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**. The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 28th day of February 2023

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Party